Joseph L. Kish (SBN 136429)
Synergy Law Group
730 West Randolph, 6th Floor
Chicago, IL 60661
Telephone: 312.454.0015
Facsimile: 312.454.0261
E-Mail: jkish@synergylawgroup.com

Attorney for e360Insight, Bargain Depot Enterprises, LLC, a.k.a. Bargaindepot.net and Moniker Online Services, LLC

File by Fax

FILED
08 JAN 29 AM 11:21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| WILLIAM SILVERSTEIN, an individual,<br>Plaintiff,<br>vs.<br>E360INSIGHT, LLC, BARGAIN DEPOT ENTERPRISES, LLC, AKA BARGAINDEPOT.NET, DAVID LINHARDT, an individual, MONIKER ONLINE SERVICES, LLC, And DOES 1-50; inclusive,<br>Defendants | Case No.: cv07-2835 CAS (VBKx)<br>**COUNTERCLAIM OF E360INSIGHT, LLC, AND BARGAIN DEPOT ENTERPRIESES, LLC** |

1. This is a counterclaim by Defendants, e360Insight, LLC ("e360") and Bargain Depot Enterprises, LLC, ("BDE") (collectively "Defendants/Counter-Plaintiffs"), both legitimate internet marketing companies, for damages stemming from Silverstein's repeated defamatory postings on the internet referring to Counter-Plaintiffs as "spammers", and

for Silverstein's abuse of the judicial process based on the improper ulterior motive to utilize this lawsuit to obtain information to which Silverstein is not entitled.

**Jurisdiction and Venue**

2. This Court has pendent jurisdiction over the counterclaims pursuant to 28 USCS § 1367. This Court also has jurisdiction over the counterclaims pursuant to 28 USCS § 1332 based on diversity jurisdiction and amount in controversy.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a) because substantial amounts of the events giving rise to the counterclaims pled herein occurred in the Central District of California.

**Facts Common To All Counts**

4. Counter-Plaintiffs are e-mail based marketing companies whose business practices have at all times relevant to the allegations in this complaint complied and continue to comply with all federal and state requirements and standards pertaining to the sending of commercial e-mail, including the *Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003*, 15 U.S.C. § 7701 (CAN-SPAM) and *Cal. Bus. & Prof. Code* § 17529.5.

5. Counter-Plaintiffs are hired by and partners with companies that wish to market their products or services using the internet. This marketing is targeted to persons "opting in" to a list whereby they agree to accept e-mail announcements. These persons sign up at lists owned by Counter-Plaintiffs or their business partners, some of which are then verified through a "double opt-in" process.

6. Counter-Plaintiffs do not engage in "spamming", which is essentially the digital equivalent of sending junk mail that is neither asked for nor wanted. Unlike anyone engaged in spamming, the internet marketing in which Counter-Plaintiffs engage employs a variety of permission processes that Counter-Plaintiffs controls, and that their marketing partners use, to obtain permission and consent from, and provide notice to, the consumers that receive the e-mail messages.

7. "USENET is an abbreviation of "user network." This term refers to an international collection of organizations and individuals (known as "peers") whose computers connect to one another and exchange messages posted by USENET users.

**Count I**
**Defamation**
**(by e360 against Silverstein)**

8. e360 restates and re-alleges paragraphs 1-7 as though fully set forth in this paragraph 8.

9. Silverstein's counsel's website states "Silverstein decided to [sic] this lawsuit when E360 filed suit against individuals calling E360 and Linhardt spammers. '*I don't like bullies or liars,*' said Mr. Silverstein when he said that E360 and Linhardt needs [sic] to be sued." A copy of Silverstein's counsel's webpage is attached as Exhibit A.

10. The quote attributable to Silverstein is false because e360 did not lie in the litigation referred to by Silverstein.

11. The quote attributable to Silverstein in Exhibit A is defamatory on its face because it conveys a factual imputation of specific dishonest conduct.

12. On June 28, 2007 Silverstein published statements onto Usenet that Silverstein received spam from e360 and "therefore [e360] must be a "spammer." A copy of Silverstein's Usenet posting is attached as Exhibit B.

13. The statements contained in Exhibit B by Silverstein are false because e360 is not an "illegal spammer" and does not send "illegal spam".

14. The statements contained in Exhibit B are defamatory on their face because they convey a factual imputation of specific illegal conduct.

15. On June 29, 2007 Silverstein posted online on USENET that e360 was being sued for "sending illegal spam". A copy of Silverstein's June 29, 2007 internet posting is attached as Exhibit C.

16. The statements contained in Exhibit C by Silverstein are false because e360 is not an "illegal spammer" and does not send "illegal spam".

17. The statements contained in Exhibit C are defamatory on their face because they convey a factual imputation of specific illegal conduct.

18. On July 11, 2007 Silverstein posted online that e360 is being sued for being an "illegal spammer". A copy of Silverstein's July 11, 2007 internet posting is attached as Exhibit D.

19. The statements contained in Exhibit D by Silverstein are false because e360 is not an "illegal spammer" and does not send "illegal spam".

20. The statements contained in Exhibit D are defamatory on their face because they convey a factual imputation of specific illegal conduct.

21. The statements contained in Exhibit D by Silverstein, is false because e360 is not a "spammer".

22. Silverstein's statements contained in Exhibits A, B, C and D are all unprivileged false statements that were made negligently, recklessly, or with malice.

23. e360 has suffered damages as a result of Silverstein's repeated defamatory statements.

WHEREFORE, e360 respectfully requests that this Court enter a judgment on its behalf and against Silverstein and to award e360 an amount in excess of $75,000 to compensate e360 for Silverstein's defamatory statements concerning e360, an award of punitive damages for the defamatory statements in an amount to be proven at trial and for any other relief that this Court deems just.

**Count II**
**Abuse of Process**
**(Counter-Plaintiffs against Silverstein)**

21. Counter-Plaintiffs restates and re-alleges paragraphs 1-7 as though fully set forth in this paragraph 21.

22. Silverstein filed his lawsuit against e360 and BDE for ulterior motives, to harass Defendants/Counter-Plaintiffs and to obtain confidential business information pertaining to e360 and BDE to which Plaintiff is not entitled.

23. Silverstein's ulterior motives are evidenced, in part, by his counsel's website, www.calspam.com, which states:

> "[w]e filed, on behalf of William Silverstein, a new lawsuit against E360Insight ("E360") and David Linhardt for illegal sending illegal unsolicited commercial e-mail ("spam"), asking for $11.7 million in punitive damages. Silverstein's complaint alleged that E360Insight and David Linhardt sent relayed illegal spam through Mr. Silverstein's server, without authorization, and sent illegal spam to Mr. Silverstein. For those not aware, E360Insight and David Linhardt obtained a default judgment in the amount of $11.7 million default against Spamhaus for defamation -- for Spamhaus labeling E360Insight and Linhardt as spammers. E360's lawsuit is brought E360's alleged illegal spamming activities to Silverstein's attention. Silverstein decided to [sic] this lawsuit when E360 filed suit against individuals calling E360 and Linhardt spammers. *"I don't like bullies or liars,"* said Mr. Silverstein when he said that E360 and Linhardt needs [sic] to be sued.

*See* Exhibit A.

24. On information and belief, based on Silverstein's counsel's website posting, Silverstein's lawsuit was filed in retaliation against e360, its

President, David Linhardt (who has been dismissed from this lawsuit), and BDE, for which Linhardt also acts as president, because e360 and Linhardt obtained an $11.7 million default judgment against The Spamhaus Project, Silverstein is a sympathizer of The Spamhaus Project, and may have other affiliations or relationships with The Spamhaus Project, its founder, Steve Linford or one or more of The Spamhaus Projects volunteers.

25. Not coincidentally, Silverstein sought punitive damages in this lawsuit for $11.7 million, the very amount obtained by David Linhardt and e360 against Spamhaus.

26. Since the filing of Silverstein's original lawsuit through the filing of Silverstein's Amended Complaint, and even beyond, e360 and BDE have repeatedly sought the full identification of the purportedly offending emails Silverstein alleged formed the entire basis for his claims that e360 and BDE engaged in illegal spamming, in violation of CAN SPAM, California's Business & Professions Code § 17529.5, and various California torts.

27. Silverstein has repeatedly refused to provide the full information identification of the purportedly offending emails that Silverstein alleged formed the entire basis for his claims that e360 and BDE engaged in illegal spamming, in violation of CAN SPAM, California's

Business & Professions Code § 17529.5, California Penal Code § 502 and various California torts including trespass to chattels and negligence per se.

28. On information and belief, Silverstein did not, and does not, have the requisite information pertaining to the allegedly offending emails alleged in Silverstein's Amended Complaint. Silverstein, therefore, did not have the requisite information to determine whether there were violations of CAN SPAM, California's Business & Professions Code § 17529.5, California Penal Code § 502 or state causes of action based on trespass to chattels and negligence per se.

29. On information and belief, Silverstein did not have probable cause to bring claims against e360 or BDE based on CAN SPAM, California's Business & Professions Code § 17529.5, California Penal Code § 502, trespass to chattels and negligence per se.

30. Silverstein's lack of any legitimate basis for his lawsuit and his ulterior motive for filing it is further evidenced by Silverstein's Rule 26 Initial Disclosure, which states that Silverstein will not produce the allegedly offending e-mails that purportedly form the basis for his lawsuit unless and until e360 and BDE provide a list of all their domains. e360 and BDE's domains are not relevant to any of the claims asserted in Silverstein's original Complaint or Amended Complaint, all of which are premised on

two lists of from lines, subject lines and dates that Silverstein claims violate the law and allegedly render e360 and BDE "spammers". The second list of from lines has been verified by Moniker, e360's domain registrar, to have never been owned by e360 at any time.

31. Discovery, including Rule 26 Initial Disclosures, is a form of "process" recognized by California law giving rise to a claim for abuse of process.

32. Silverstein has no legitimate reason to withhold from disclosure or discovery the allegedly offending emails that form the basis of his lawsuit against e360 and BDE.

33. Silverstein's use of the discovery process in this lawsuit is improper because he has no legitimate right to a list of Counter-Plaintiffs' domains.

34. Silverstein's misuse of the discovery process constitutes an abuse of process.

WHEREFORE, Counter-Plaintiffs respectfully request that this Court enter a judgment on their behalf and against Silverstein and to award Counter-Plaintiffs an amount in excess of $75,000 to compensate Counter-Plaintiffs for Silverstein's abuse of process, for punitive damages for

Silverstein's willful conduct and for any other relief that this Court deems just.

Dated: January 29, 2008

Respectfully submitted

By: [signature]

Joseph L. Kish
Attorney for Defendants e360 Insight and Bargain Depot, LLC.

ExA

# *Nejadpour & Associates*
# a Professional Law Firm

Home Services Practice Areas Publications People About Us Offices Contact Us

**October 1, 2007:** e360Insight, Bargain Depot, and Moniker's motion to dismiss Silverstein's first amended complaint was denied by the Court. This is the first case, that we are aware of, that a domain name registrar is being held liable for providing anonymous domain name registration services to a spammer. Using false whois information for domain names is a crime under 18 U.S.C. 1037(4).

**August 21, 2007:** We now represent Sindeelou Thomson against Congressman John Doolittle. Mrs. Thomson was unable to get Congressman John Doolittle to stop spamming her, until she filed suit. Congressman Doolittle removed to federal court, solely to intimidate, and then claimed he is not subject to the law. More information here. Take a survey on John Doolittle and CAN-SPAM.

**March 2007:** We filed, on behalf of William Silverstein, a new lawsuit against E360Insight ("E360") and David Linhardt for illegal sending illegal unsolicited commercial e-mail ("spam"), asking for $11.7 million in punitive damages. Silverstein's complaint alleged that E360Insight and David Linhardt sent relayed illegal spam through Mr. Silverstein's server, without authorization, and sent illegal spam to Mr. Silverstein. For those not aware, E360Insight and David Lindhardt obtained a default judgment in the amount of $11.7 million default against Spamhaus for defamation -- for Spamhaus labeling E360Insight and Linhardt as spammers. E360's lawsuit is brought E360's alleged illegal spamming activities to Silverstein's attention. Silverstein decided to this lawsuit when E360 filed suit against individuals calling E360 and Linhardt spammers. *"I don't like bullies or liars,"* said Mr. Silverstein when he said that E360 and Linhardt needs to be sued. Mr. Silverstein is detailing the progress on his web site.

**We** are a collection of Professional and Aggressive attorneys in Beverly Hills, Los Angeles and Switzerland.

Our extensive divorce experience gives us the needed skill to track spammers and locate assets that they try to hide.

F. Bari Nejadpour & Associates, a Professional Law Corporation

Ex B

Path:
g2news1.google.com!news1.google.com!border1.nntp.dca.giganews.com!nntp.giganews.com!local01.nntp.dca.giganews.com!nntp.speakeasy.net!news.speakeasy.net.POSTED!not-for-mail
NNTP-Posting-Date: Thu, 28 Jun 2007 23:31:42 -0500
From: Bill Silverstein <scrapedfromn...@sorehands.com>
Subject: Re: E360 Wipes The Courtroom Floor With Silverstein
Date: Thu, 28 Jun 2007 21:31:39 -0600
References: <1183058849.810634.131340@n2g2000hse.googlegroups.com>
Newsgroups: news.admin.net-abuse.email
MIME-Version: 1.0
Content-Type: text/plain; charset="US-ASCII"
Content-Transfer-Encoding: 8bit
X-Newsreader: Internet Adventurer v1.50 for OS/2 - Unregistered
Message-ID: <YMqdnX__eLyzFhnbnZ2dnUVZ_ternZ2d@speakeasy.net>
Lines: 67
X-Usenet-Provider: http://www.giganews.com
NNTP-Posting-Host: 69.17.103.74
X-Trace:
sv3-vVD3ri/zZSk4GvAigZ6IOr8Ll rgtlCHJLzF/65WtW8tYlWMhfMsJZwdIMECYb9wIQsbpsrcU3OKXGY2!mTuaMpA2wSIFzyOxmJtQ6DpMk6OoAA/AFWHaKcfyQhnyS/17IURK1lotSmR2w99yyQeNsJsER7zt!e46pliYZKmcGpcc484NNJh85X+MkVcHEmfo1csx54QnxOQ==
X-Complaints-To: abuse@speakeasy.net
X-DMCA-Complaints-To: ab...@speakeasy.net
X-Abuse-and-DMCA-Info: Please be sure to forward a copy of ALL headers
X-Abuse-and-DMCA-Info: Otherwise we will be unable to process your complaint properly
X-Postfilter: 1.3.35

On Thu, 28 Jun 2007 19:27:29 -0000, e360Insight wrote:

>Bill I-Want-To-Be-Mark-Mumma Silverstein had a tough day in court
>yesterday.
>
>"The Court continues for 45 days defendants Moniker and Linhardt's
>motion to dismiss for lack of personal jurisdiction to enable parties
>to conduct limited jurisdictional discovery. The Court GRANTS
>defendants' motion to dismiss the Complaint for failure to plead with
>sufficient particularity, but GRANTS plaintiff leave to amend the
>Complaint. The Court GRANTS with leave to amend the defendants'
>motion to dismiss the Complaint against Moniker and Linhardt.
>Additionally, the Court GRANTS defendants' motion to strike
>plaintiff's request for punitive damages. Finally, the Court DENIES
>plaintiff's motion to strike defendants' Notice of Interested Parties
>and plaintiff's motion to remand the action to state court. IT IS SO
>ORDERED."
>
>Score In This Case:
>Legitimate Marketer = 4
>Criminal Vigilante = 1
>

I am not a criminal vigilante!

What laws have I broken? What criminal statutes did I violate??????

>Judge's Tentative Ruling
>http://www.e360insight.com/Judges_Tentative_Ruling_for_6_25_07_hearing.pdf
>
>Although the case is not over, we are looking to forward to opening up
>another can of whoop ass in 45 days should Mumma-Silverstein decide to
>amend his complaint.
>
>Once the case is over, we will be filing to recover our legal fees and
>we will be seeking punitive damages against the parties responsible.
>
>In response to the ruling, Mumma-Silverstein's attorney advised him to
>settle his divorce by offering 90% of everything he owns to his ex-
>wife.
>
>To all legitimate system administrators who are trying to stop
>unwanted email - e360's stated policy is to not send any email
>messages to any one who does not want to receive them. If you have
>any concerns about email messages coming from our network, please feel
>free to contact me directly at dlinha...@gmail.com. All reasonably
>requests will be handled fairly and amicably.

Then how come I got spam from you? I never signed up with you! I never signed up with a partner of yours! Unless you define a partner that somepne who you pay money to buy a list!

>To all criminal vigilantes who choose to make ridiculous claims in
>court - we will send you packing with a lien on your assets and your
>financial future, however dismal it may be. If you are interested in
>spam-fighting, you would be better served by directing your attention
>to someone who is actually doing something wrong.
You are doing things wrong. I received spam from you, therefore you must be a spammer. You file SLAPP suits!

Ex C

Path:
g2news1.google.com!news2.google.com!border1.nntp.dca.giganews.com!nntp.giganews.com!local01.nntp.dca.giganews.com!nntp.speakeasy.net!news.speakeasy.net.POSTED!not-for-mail
NNTP-Posting-Date: Fri, 29 Jun 2007 16:23:58 -0500
From: Bill Silverstein <scrapedfromn...@sorehands.com>
Subject: Re: E360 Wipes The Courtroom Floor With Silverstein
Date: Fri, 29 Jun 2007 14:23:55 -0600
References: <1183058849.810634.131340@n2g2000hse.googlegroups.com>
Newsgroups: news.admin.net-abuse.email
MIME-Version: 1.0
Content-Type: text/plain; charset="US-ASCII"
Content-Transfer-Encoding: 8bit
X-Newsreader: Internet Adventurer v1.50 for OS/2 - Unregistered
Message-ID: <D6OdnSCt87Pz5RjbnZ2dnUVZ_uejnZ2d@speakeasy.net>
Lines: 21
X-Usenet-Provider: http://www.giganews.com
NNTP-Posting-Host: 69.17.103.74
X-Trace:
sv3-fWsJxNVKZXUEcAs1kv4P3LgmadAgtGfus9ZLaUWLqAwJ3OsGsScUBhI29fpk+e0qPfo1si3nJBzivzV!x6jB7NJCd1hcKH3y/RzC7fqwP+WyjA0upHiwZTEdEGj801izH+pnXFtSwk01Si6OQR2WR56BvzRk!QPb1CIh
RTQZAfdwdaMBbB/MF/NKBnqqU/+F/pW2UM5N/Eg==
X-Complaints-To: abuse@speakeasy.net
X-DMCA-Complaints-To: ab...@speakeasy.net
X-Abuse-and-DMCA-Info: Please be sure to forward a copy of ALL headers
X-Abuse-and-DMCA-Info: Otherwise we will be unable to process your complaint properly
X-Postfilter: 1.3.35

On Thu, 28 Jun 2007 19:27:29 -0000, e360Insight wrote:

>Bill I-Want-To-Be-Mark-Mumma Silverstein had a tough day in court
>yesterday.
>
>Score In This Case:
>Legitimate Marketer = 4
>Criminal Vigilante = 1
>
>
>Dave Linhardt
>President
>e360Insight, LLC

I want an appology from you for your false statements. Not only posted here, put posted on every page of your web sit in the same font size as the text of your logo. Addionally, I want it to link to http://www.calspam.com so that your customers can see that you are being sued for sending illegal spam.

Ex D

Path:
g2news1.google.com!news2.google.com!border1.nntp.dca.giganews.com!nntp.giganews.com!local01.nntp.dca.giganews.com!nntp.speakeasy.net!news.speakeasy.net.POSTED!not-for-mail
NNTP-Posting-Date: Wed, 11 Jul 2007 23:01:57 -0500
From: Bill Silverstein <scrapedfromn...@sorehands.com>
Subject: Re: E360 Wipes The Courtroom Floor With Silverstein
Date: Wed, 11 Jul 2007 21:01:56 -0600
References: <1183058849.810634.131340@n2g2000hse.googlegroups.com>
<D60dnSCt87PzSRjbnZ2dnUVZ_uejnZ2d@speakeasy.net>
<1184113692.862082.202070@p39g2000hse.googlegroups.com>
Newsgroups: news.admin.net-abuse.email
MIME-Version: 1.0
Content-Type: text/plain; charset="US-ASCII"
Content-Transfer-Encoding: 8bit
X-Newsreader: Internet Adventurer v1.50 for OS/2 - Unregistered
Message-ID: <goqdnVFo44AoOgjbnZ2dnUVZ_sytnZ2d@speakeasy.net>
Lines: 44
X-Usenet-Provider: http://www.giganews.com
NNTP-Posting-Host: 69.17.103.74
X-Trace:
sv3-rw70rhuP5m4AimggQGUn4RkRrioc/nKnEUiOjwyOZhi9pQc2fVdGvQXm6ogWcmx9EuzlbV/1gFswwwH!UzfnIhes5Ltx80p91uoy8byy1mPHrTeOozeNsk47VCaoOdyHfCPkGAWGmnCPW2PH5JPlNRu9I6Iyla83xijyrLwSrmFeG5uJYkQfqkw9r43qPX1v4YnVHqzfIzg==
X-Complaints-To: abuse@speakeasy.net
X-DMCA-Complaints-To: ab...@speakeasy.net
X-Abuse-and-DMCA-Info: Please be sure to forward a copy of ALL headers
X-Abuse-and-DMCA-Info: Otherwise we will be unable to process your complaint properly
X-Postfilter: 1.3.35

On Wed, 11 Jul 2007 00:28:12 -0000, e360Insight wrote:

>On Jun 29, 3:23 pm, Bill Silverstein <scrapedfromn...@sorehands.com>
>wrote:
>> On Thu, 28 Jun 2007 19:27:29 -0000, e360Insight wrote:
>> >Bill I-Want-To-Be-Mark-Mumma Silverstein had a tough day in court
>> >yesterday.
>>
>> >Score In This Case:
>> >Legitimate Marketer = 4
>> >Criminal Vigilante = 1
>>
>> >Dave Linhardt
>> >President
>> >e360Insight, LLC
>>
>> I want an appology from you for your false statements. Not only posted
>> here, put posted on every page of your web sit in the same
>> font size as the text of your logo. Addionally, I want it to link
tohttp://www.calspam.comso that your customers can see that you are being
>> sued for sending illegal spam.
>
>No thanks. I'd prefer to counter sue you and take your pick up truck
>and your double wide.
>

Based on what? Because I have received spam? Because I sued you for illegal spamming?

You still have not stated ANY crime that I have committed. That is because I have not.

You full of shit. You falsely state that I commited a crime, but when asked what crime you are silent. It is because I HAVE NOT COMMITTED A CRIME!

------------------
E360Insight gets sued for spamming.
Ain't irony wonderful?
http://www.calspam.com

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|
| JOSEPH KISH SBN 136429<br>SYNERGY LAW GROUP, LLC<br>730 WEST RANDOLPH<br>SUITE 600 Ref. No. or File No.<br>CHICAGO IL 60661 2389.06.01<br>ATTORNEY FOR Defendant | |
| Insert name of court and name of judicial district and branch if any.<br>District Court Central District, Los Angeles<br>312 N Spring St #G-8 Los Angeles CA 90012 | |
| SHORT TITLE OF CASE:<br>William Silverstein v E360 Insight, LLC, et al | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 604702 | | | | 072835 |

PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.

ON 01/29/08, I SERVED THE WITHIN:

Counterclaim of E360Insight, LLC, and Bargain Depot Enterprises, LLC
Proof of Service

ON THE PARTY IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT: MONTEREY PARK , CALIFORNIA, ADDRESSED AS FOLLOWS:

F. BARI NEJADPOUR

3540 WILSHIRE BLVD.
#715
LOS ANGELES CA 90010

DECLARANT: KANEISHA ROSE

RAPID LEGAL INC.
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d. Registered California process server
(1) [ X ] Employee or [ ] Independent Contractor
(2) Registration No. 1277
(3) County: SAN DIEGO
(4) Expiration: 05/02/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 01/29/08 > SIGNATURE